CMRE FINANCIAL SERVICES, INC
3075 E IMPERIAL HWY SUITE 200
BREA CA 92821-6753



Phone: (800) 783-9118
customerservice@cmrefsi.com | www.cmrefsi.com
Hours: 7:00 am - 6:00 pm Pacific Standard Time

015051

Notice: Please see reverse side for important information regarding your rights



GENTILE,RONALD
PO BOX 1918
BOCA RATON FL 33429-1918

Statement Date: May 25, 2018

Patient Name: GENTILE,RONALD

### RESOLUTION OFFER

In an effort to assist you in resolving your account with E-MED LLP, we can extend you an offer to resolve your account as follows:



Pay the resolution amount of
**$723.60 by 07/08/2018**
Outstanding Account Balance  $1,080.00
Adjustment                   $356.40
Resolution Amount            $723.60



If you chose to accept this offer to resolve your account, please return your payment with the stub below.

This resolution offer only applies to the account listed below and does not apply to any other accounts you may have.

For your convenience, you may pay with your Visa, MasterCard, American Express, Discover Card, Western Union Quick Collect, personal check, or money order. To pay your bill online, go to www.cmrefsi.com. You may also access our automated payment center 24 hours a day, 7 days a week using your CMRE account number and PIN number located at the bottom left hand portion of this notice when making your payment.

If you have any questions regarding this offer please call (800) 783-9118. Thank you for your attention to this matter and we sincerely hope you will take advantage of this offer.

Calls to and from this office may be monitored or recorded.

Collections Representative
888-760-1382

This is a communication from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for that purpose.                    S01

Please retain top portion for your records.                    S01

| | |
|---|---|
| CMRE Account #: | 7735 |
| Pin #: | 7735 |
| Phone: | (800) 783-9118 |
| Patient: | GENTILE,RONALD |
| Creditor Name: | E-MED LLP |
| Creditor Account #: | 2232 |
| Outstanding Balance: | $1,080.00 |
| Adjustment: | $356.40 |
| Resolution Amount: | $723.60 |

To pay your bill online, go to www.cmrefsi.com

Statement Date: May 25, 2018

Remit To:
CMRE FINANCIAL SERVICES, INC
3075 E IMPERIAL HWY SUITE 200
BREA CA 92821-6753

15051

### Important information about your debt.

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of rights that consumers have under state and federal law.

**California Residents:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair DEBT Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area. State and federal law require debt collectors to treat you fairly, and prohibit debt collectors from making false statements or threats of violence, using obscene or profane language, and making improper communications with third parties, including your employer.

The Rosenthal Act, California Civil Code Section 1788.21, also requires that you notify your creditor within a reasonable amount of time of your change of name, address, or employment for any existing consumer credit.

**Colorado Residents:**
Colorado Location:
7200 S Alton Way Ste B180, Centennial, CO 80112
(303) 309-3839
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Massachusetts Residents:**
NOTICE OF IMPORTANT RIGHTS:
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**Minnesota Residents:**
This collection agency is licensed by the Minnesota Department of Commerce, License Number: 40035249

**Nevada Residents:**
If you pay or agree to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as:
(1) An acknowledgment of the debt; and
(2) A waiver of any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt.
If you do not understand or have questions concerning your legal rights or obligations relating to the debt, you should seek legal advice.

**New York City Residents:**
This collection agency is licensed by the New York Department of Consumer Affairs, License Number: 3495596

**North Carolina Residents:**
This collection agency is licensed by the North Carolina Department of Insurance, Permit Number: 103839

**Tennessee Residents:**
This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance.

**Utah Residents:**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.