UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80668-CIV-SMITH/MATTHEWMAN

RONALD D GENTILE,

    Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Parties' Stipulation of Voluntary Dismissal (ECF No. 15). The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation (ECF No. 15) is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of August, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE